UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DEBRA JACKSON,<br><br>        Plaintiff,<br><br>  v.<br><br>JESUS SHACK, INC., et al.,<br><br>        Defendants. | ) 1:08-cv-00027-AWI-SMS<br>)<br>) ORDER DIRECTING PLAINTIFF TO FILE<br>) A COMPLETED APPLICATION TO<br>) PROCEED IN FORMA PAUPERIS WITHIN<br>) TWENTY DAYS (DOC. 3)<br>)<br>) ORDER DIRECTING THE CLERK TO SEND<br>) TO PLAINTIFF WITH THIS ORDER A<br>) BLANK FORM APPLICATION TO PROCEED<br>) IN FORMA PAUPERIS FOR A PERSON<br>) NOT IN CUSTODY |

    Plaintiff is proceeding pro se with an action for damages and other relief on a complaint filed on January 4, 2008. The matter has been referred to the Magistrate Judge pursuant to 28 U.S.C. § 636(b) and Local Rules 72-302 and 72-304. Pending before the Court is Plaintiff's application to proceed in forma pauperis filed on January 4, 2008.

    However, Plaintiff did not complete the application to proceed in forma pauperis. Plaintiff did not clearly state the amount of money she received as SSI benefits. Further, she did not indicate either a "yes" or a "no" with respect to the various sources listed from which she might have received money in the

1

1 previous twelve months (business, profession, or other self-
2 employment; rent, interest, or dividends; pensions, annuities, or
3 life insurance payments; disability or workers' compensation
4 payments; or gifts or inheritances).

5     Title 28 U.S.C. § 1915(a)(1) provides that any court of the
6 United States may authorize the commencement, prosecution of
7 defense of any civil or criminal suit, action, proceeding, or any
8 appeal therein, without prepayment of fees or security therefor,
9 by a person who submits an affidavit that includes a statement of
10 all assets the person possesses and that the person is unable to
11 pay such fees or give security therefor. Id.; Floyd v. United
12 States Postal Service, 105 F.3d 274, 275-77 (6th Cir. 1997),
13 modified on other grounds in Callihan v. Schneider, 178 F.3d 800,
14 801 (6th Cir. 1999).

15     Here, because Plaintiff did not complete her application,
16 the Court cannot determine whether Plaintiff qualifies
17 financially to proceed in forma pauperis. However, the Court will
18 give Plaintiff an opportunity either to pay the filing fee, or to
19 submit a new application that is complete and that gives the
20 Court all the required information.

21     Accordingly, it IS ORDERED that no later than twenty days
22 after the date of service of this order Plaintiff SUBMIT a
23 completed application to proceed in forma pauperis OR PAY the
24 filing fee; and the Clerk IS DIRECTED to send to Plaintiff with
25 this order a blank application to proceed in forma pauperis for a
26 person not in custody. Until receipt of the application or the
27 expiration of the time for filing such an application,
28 Plaintiff's complaint and other documents shall remain on file,

1  but the Court will not proceed to screen the complaint until
2  either the filing fee is paid, or a completed application to
3  proceed in forma pauperis is received.
4       Plaintiff is warned that a failure to comply with this order
5  will result in a recommendation that the action be dismissed.

7  IT IS SO ORDERED.
8  **Dated:   January 14, 2008**              **/s/ Sandra M. Snyder**
                                              UNITED STATES MAGISTRATE JUDGE