IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DEBRA L. JACKSON,<br><br>　　　　Plaintiff,<br><br>　vs.<br><br>JESUS SHACK, INC., CIRCLE OF FRIENDS, et al.,<br><br>　　　　Defendants.<br>_____ / | Case No. 1:08-cv-0027 AWI TAG<br><br>ORDER ADOPTING FINDINGS AND RECOMMENDATION TO DISMISS COMPLAINT WITHOUT PREJUDICE (Doc. 9) |

　　　On January 4, 2008, Plaintiff Debra L. Jackson ("Plaintiff"), a non-prisoner proceeding in forma pauperis, filed a pro se civil complaint. (Docs. 1, 6).  The matter was referred to the Magistrate Judge for screening under 28 U.S.C. § 1915(e)(2)(B), pursuant to 28 U.S.C. § 636(b) and Local Rules 72-302 . In an order dated April 28, 2008, the Magistrate Judge found that Plaintiff had failed to specify the cause of action she raised and, therefore, it could not be determined whether this Court had jurisdiction to consider the action. (Doc. 4).  The Court further found that Plaintiff failed to state a claim upon which relief could be granted. (Id.).  In the April 28, 2008 order, Plaintiff's complaint was dismissed and she was granted thirty days to file an amended complaint. (Id.).  Plaintiff timely filed an amended complaint on May 28, 2008, alleging copyright infringement.  (Doc. 8).

　　　On June 13, 2008, the Magistrate Judge screened Plaintiff's amended complaint and, upon finding that it failed to state a claim upon which relief could be granted against any of the Defendants, issued Findings and Recommendations recommending that Plaintiff's amended complaint be dismissed without prejudice. (Doc. 9).  The June 13, 2008 Findings and Recommendations were served on Jackson and contained notice that she could file objections

within fifteen (15) days of the date of service. (Id.). On June 30, 2008, Jackson filed "objections," which were in the form of a letter that set forth facts and suggestions unrelated to whether her amended complaint state a claim. (Doc. 10).

In accordance with the provisions of 28 U.S.C. § 636 (b)(1)(C), Federal Rule of Civil Procedure 72(b), and Local Rule 72-304, this Court has conducted a de novo review of the case. Having carefully reviewed the entire file, the Court concludes that the Findings and Recommendations issued June 13, 2008 are supported by the record and by the Magistrate Judge's analysis.

Accordingly, IT IS HEREBY ORDERED that:

1. The June 13, 2008 Findings and Recommendations (Doc. 9), are ADOPTED IN FULL;

2. This matter is DISMISSED WITHOUT PREJUDICE for failure to state a claim upon which relief could be granted; and

3. The Clerk of Court is DIRECTED to close this case.

IT IS SO ORDERED.

**Dated:   July 24, 2008**              /s/ **Anthony W. Ishii**
                                         CHIEF UNITED STATES DISTRICT JUDGE